**Order entered October 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00036-CV

**LANDAMERICA COMMONWEALTH TITLE COMPANY, ET AL., Appellants**

**V.**

**MICHAEL WIDO, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-17536**

## ORDER

We **GRANT** appellants' October 21, 2014 unopposed motion for an extension of time to

file a reply brief. Appellants shall file their reply brief by **NOVEMBER 21, 2014**.


/s/     ELIZABETH LANG-MIERS
JUSTICE